**NOT FOR PUBLICATION**

DEC 21 2012

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SUNG ILL KIM; JUNG SUK KIM, a.k.a. Jung Suk Chun; YOUNG WOO KIM, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 11-71554 <br><br> Agency Nos. A075-624-413 <br> A075-624-414 <br> A075-624-415 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 19, 2012[**]

Before:    GOODWIN, WALLACE, and FISHER, Circuit Judges.

Sung Ill Kim and family, natives and citizens of South Korea, petition for

review of the Board of Immigration Appeals' ("BIA") order denying their motion

to reopen.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We review for abuse

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

of discretion the denial of a motion to reopen, and review de novo questions of law. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We deny in part and dismiss in part the petition for review.

In their opening brief, petitioners fail to address, and therefore have waived any challenge to, the BIA's dispositive determination that their motion to reopen is time- and number-barred and that they do not qualify for equitable tolling of the time and numerical limitations. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues that are not specifically raised and argued in a party's opening brief are waived).

We lack jurisdiction to review the BIA's decision not to invoke its sua sponte authority to reopen proceedings under 8 C.F.R. § 1003.2(a). *See Mejia-Hernandez v. Holder*, 633 F.3d 818, 823-24 (9th Cir. 2011).

Petitioners' remaining contentions are rejected.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**